IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KONG SOK,

        Plaintiff,

v.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

        Defendant.

Case No. 20-cv-489-wmc

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Kilolo Kijakazi, Acting Commissioner of Social Security against plaintiff Kong Sok affirming the Commissioner's decision and dismissing this case.

| s/ K. Frederickson, Deputy Clerk | 9/24/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |