# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

**KONG SOK,**

            **Plaintiff,**

**vs.**                                              **Case No.: 20-cv-489**

**KILOLO KIJAKAZI,**
**Acting Commissioner of Social Security,**

            **Defendant.**

## NOTICE OF APPEAL

***Notice is hereby given*** that Kong Sok, by his attorney, Dana W. Duncan, Duncan Disability Law, S.C., plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit, an order dated September 24, 2021 and the judgment dated September 24, 2021 by Federal District Judge William M. Conley which affirmed the decision of the Defendant, Andrew Saul, Commissioner of Social Security, denying plaintiff's application for disability insurance benefits under 42 U.S.C. §§ 216(i) and 223.

Dated this 26th day of October, 2021.

                                                          **DUNCAN DISABILITY LAW, S.C.**
                                                          Attorneys for the Plaintiff

                                                          /s/ Dana W. Duncan

                                                          Dana W. Duncan
                                                          State Bar I.D. No. 01008917
                                                          555 Birch St
                                                          Nekoosa, WI 54457
                                                          (715) 423-4000